IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA M. ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPT. OF DRIVER LICSENCE EXAMINER OFFICE, and STATE OF NEBRASKA, on behalf of Department of Licesencing Examiner Office;<br><br>　　　　　Defendants. | **8:25CV629**<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on its own motion. On October 29, 2025, the Clerk of the Court sent an order to Plaintiff at her last known address and it was returned to this Court as undeliverable. *See* Filing No. 11. Plaintiff has an obligation to keep the Court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

　　　　2.　　The Clerk of the Court is directed to send a copy of this order to Plaintiff at the address the Court has on file and to the following address: 3316 Perkins Ridge Road, Raleigh, NC 27610.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **December 10, 2025**: check for address.

Dated this 10th day of November, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge